894

No. 97–5433. COOPER v. COSTELLO, SUPERINTENDENT, MID-STATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–5434. WITTMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5435. FARR v. MADISON GAS & ELECTRIC. Ct. App. Wis. Certiorari denied.

No. 97–5436. FAIN v. COUNTY OF SACRAMENTO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5437. AULTMAN v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5439. HUTSON v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 97–5440. WHEELER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5442. JUDD v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 97–5443. KABEDE v. CALIFORNIA MEDICAL FACILITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5444. CONNER v. LENTZ ET AL. Ct. App. Kan. Certiorari denied.

No. 97–5445. RHODES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–5447. REIMAN v. ARNETT. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5448. RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5450. HENRY, AKA CORELLI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.